Minas Samuelian, Esq. (State Bar No. 242804)
Andrew Mallett, Esq. (State Bar No. 283345)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*mxs@manningllp.com; azm@manningllp.com*

Attorneys for Defendants
COUNTY OF LOS ANGELES; SHERIFF LEE BACA; INTERIM SHERIFF JOHN SCOTT; DR. MARVIN SOUTHARD; DR. STEPHEN SHEA and DR. PHUONG TRUONG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA LOBERG AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE ESTATE OF ERIC LOBERG,<br><br>Plaintiffs,<br><br>COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM SHERIFF JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, DR. PHUONG TRUONG, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:16-cv-06190 RAO<br>*[Magistrate Judge Rozella A. Oliver, for all proceedings]*<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION**<br><br>**[Filed Concurrently with Proposed Order]**<br><br>Complaint filed: 8/17/16 |

IT IS HEREBY STIPULATED, by and between plaintiffs MARIA LOBERG AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE ESTATE OF ERIC LOBERG, (hereinafter "Plaintiffs"), by and through their attorneys, and defendants, COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM SHERIFF JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, and DR. PHUONG TRUONG (hereinafter "Defendants"), by and through their respective attorneys of record as follows:

1. The parties have reached a tentative settlement agreement. In order to settle this matter, it is necessary for the tentative settlement agreement to be presented to and approved by the Defendant COUNTY OF LOS ANGELES' Board of Supervisors. It is expected that this process will require several months.

2. The parties request additional time to pursue the settlement of this matter. Specifically, the parties request that the Court enter the proposed order filed concurrently herewith. This order would give the parties 120 days within which to either file a dismissal of the entire action or file a status report regarding the progress of their settlement efforts. The order would also vacate all dates and take all pending matters off calendar. Good cause exists to enter this order because it will facilitate settlement, because no party would be prejudiced, and because the parties agree. Fed.R.Civ.P. 16(b)(4) (the Court may modify a schedule for good cause); *see also* L.R. 16-15 ("It is the policy of the Court to encourage disposition of civil litigation by settlement when such is in the best interest of the parties. The Court favors any reasonable means to accomplish this goal. Nothing in this rule shall be construed to the contrary.").

DATED: February 6, 2017

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:   /s/ Minas Samuelian
Minas Samuelian, Esq.
Andrew Mallett, Esq.
Attorneys for Defendants
COUNTY OF LOS ANGELES; SHERIFF LEE BACA; INTERIM SHERIFF JOHN SCOTT; DR. MARVIN SOUTHARD; DR. STEPHEN SHEA and DR. PHUONG TRUONG

1 | DATED:  February 6, 2017

**KAYE, MCLANE, BEDNARSKI & LITT, LLP**

By:   /s/ Ronald O. Kaye
Ronald O. Kaye, Esq.
Lindsay Battles, Esq.
Attorneys for Plaintiffs,
MARIA LOBERG AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE ESTATE OF ERIC LOBERG

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law