Minas Samuelian, Esq. (State Bar No. 242804)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*mxs@manningllp.com*

Attorneys for Defendants
COUNTY OF LOS ANGELES; SHERIFF LEE
BACA; INTERIM SHERIFF JOHN SCOTT;
DR. MARVIN SOUTHARD; DR. STEPHEN
SHEA and DR. PHUONG TRUONG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA LOBERG AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE ESTATE OF ERIC LOBERG,<br><br>Plaintiffs,<br><br>COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM SHERIFF JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, DR. PHUONG TRUONG, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:16-cv-06190 RAO<br>*[Magistrate Judge Rozella A. Oliver, for all proceedings]*<br><br>**JOINT STIPULATION AND STATUS REPORT REGARDING PROGRESS OF SETTLEMENT**<br><br>**[Filed Concurrently with Proposed Order]**<br><br>Complaint filed:  8/17/16 |

IT IS HEREBY STIPULATED, by and between plaintiffs MARIA LOBERG

AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN

INTEREST TO THE ESTATE OF ERIC LOBERG, (hereinafter "Plaintiffs"), by

and through their attorneys, and defendants, COUNTY OF LOS ANGELES,

SHERIFF LEE BACA, INTERIM SHERIFF JOHN SCOTT, DR. MARVIN

SOUTHARD, DR. STEPHEN SHEA, and DR. PHUONG TRUONG (hereinafter

"Defendants"), by and through their respective attorneys of record as follows:

1.    The parties have reached a tentative settlement agreement.  The Court was notified of this tentative settlement on February 7, 2017 [Doc. 23].  On February 7, 2017, the Court vacated all pending dates in this action and ordered the parties to either dismiss this action or to file a status report regarding the progress of their settlement efforts within 120 days.  [Doc. 24].

2.    In order to settle this matter, it is necessary for the tentative settlement agreement to be presented to and approved by the Defendant COUNTY OF LOS ANGELES' Board of Supervisors.  It is expected that this process will require several months.

3.    The parties request additional time to pursue the settlement of this matter.  Specifically, the parties request that the Court enter the proposed order filed concurrently herewith.  This order would give the parties 90 days within which to either file a dismissal of the entire action or file a status report regarding the progress of their settlement efforts.  Good cause exists to enter this order because it will facilitate settlement, because no party would be prejudiced, and because the parties agree.  Fed.R.Civ.P. 16(b)(4) (the Court may modify a schedule for good cause); *see also* L.R. 16-15 ("It is the policy of the Court to encourage disposition of civil litigation by settlement when such is in the best interest of the parties.  The

///
///
///
///
///
///
///
///
///
///

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
*Attorneys at Law*

1   Court favors any reasonable means to accomplish this goal.  Nothing in this rule

2   shall be construed to the contrary.").

3

4   DATED: June 7, 2017              **MANNING & KASS**
                                    **ELLROD, RAMIREZ, TRESTER LLP**

5

6

7                                   By:         /s/ Minas Samuelian
                                        _____
                                         Minas Samuelian, Esq.
8                                        Attorneys for Defendants
                                         COUNTY OF LOS ANGELES; SHERIFF
9                                        LEE BACA; INTERIM SHERIFF JOHN
                                         SCOTT; DR. MARVIN SOUTHARD;
10                                       DR. STEPHEN SHEA and DR. PHUONG
                                         TRUONG
11

12

13

14  DATED:  June 7, 2017             **KAYE, MCLANE, BEDNARSKI**
                                     **& LITT, LLP**
15

16

17                                   By:       /s/ Ronald O. Kaye
                                        _____
                                         Ronald O. Kaye, Esq.
18                                       Lindsay Battles, Esq.
                                         Attorneys for Plaintiffs,
19                                       MARIA LOBERG AND ERICA
                                         LOBERG, INDIVIDUALLY AND AS
20                                       SUCCESSORS IN INTEREST TO THE
                                         ESTATE OF ERIC LOBERG
21

22

23

24

25

26

27

28