Minas Samuelian, Esq. (State Bar No. 242804)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*mxs@manningllp.com*

Attorneys for Defendants
COUNTY OF LOS ANGELES; SHERIFF LEE BACA; INTERIM SHERIFF JOHN SCOTT; DR. MARVIN SOUTHARD; DR. STEPHEN SHEA and DR. PHUONG TRUONG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA LOBERG AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE ESTATE OF ERIC LOBERG,<br><br>Plaintiffs,<br><br>COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM SHERIFF JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, DR. PHUONG TRUONG, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:16-cv-06190 RAO<br>*[Magistrate Judge Rozella A. Oliver, for all proceedings]*<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFFS MARIA LOBERG AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE ESTATE OF ERIC LOBERG AGAINST DEFENDANTS COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM SHERIFF JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, and DR. PHUONG TRUONG**<br><br>**Pursuant to Fed. R.Civ.P 41 (a)(1)(A)(ii)**<br><br>**[Filed Concurrently with Proposed Order]**<br><br>Complaint filed: 8/17/16 |

TO THE HONORABLE COURT:

    IT IS HEREBY STIPULATED, by and between plaintiffs MARIA LOBERG

1  AND ERICA LOBERG, INDIVIDUALLY AND AS SUCCESSORS IN
2  INTEREST TO THE ESTATE OF ERIC LOBERG ("plaintiffs") and defendants
3  COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM SHERIFF
4  JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, and
5  DR. PHUONG TRUONG, by and through their respective attorneys of record, that
6  defendants COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM
7  SHERIFF JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA,
8  and DR. PHUONG TRUONG ("defendants") be dismissed with prejudice from this
9  action by plaintiffs pursuant to Fed. R. Civ.P 41(a)(1)(A)(ii).

10       IT IS HEREBY FURTHER STIPULATED, by and between plaintiffs and
11  defendants, that this dismissal constitutes a general mutual release of all claims and
12  a mutual waiver of all costs, court fees, and attorneys' fees arising out of this
13  litigation between these aforementioned parties.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    It is further agreed by and between the parties that this stipulation may be
2 signed in counterpart and that a facsimile or electronic signature will be as valid as
3 an original signature.
4    IT IS SO STIPULATED.

6 DATED: November 14, 2017        **MANNING & KASS**
7                                 **ELLROD, RAMIREZ, TRESTER LLP**

9                                 By:  /s/ Minas Samuelian
                                  Minas Samuelian, Esq.
10                                Attorneys for Defendants
11                                COUNTY OF LOS ANGELES; SHERIFF
                                  LEE BACA; INTERIM SHERIFF JOHN
12                                SCOTT; DR. MARVIN SOUTHARD;
13                                DR. STEPHEN SHEA and DR. PHUONG
                                  TRUONG

16 DATED:  November 14, 2017       **KAYE, MCLANE, BEDNARSKI**
17                                 **& LITT, LLP**

19                                 By:  /s/ Ronald O. Kaye
20                                 Ronald O. Kaye, Esq.
                                   Lindsay Battles, Esq.
21                                 Attorneys for Plaintiffs,
                                   MARIA LOBERG AND ERICA
22                                 LOBERG, INDIVIDUALLY AND AS
                                   SUCCESSORS IN INTEREST TO THE
                                   ESTATE OF ERIC LOBERG