1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 | MARIA LOBERG AND ERICA
LOBERG, INDIVIDUALLY AND AS
12 | SUCCESSORS IN INTEREST TO
THE ESTATE OF ERIC LOBERG,
13

| Plaintiffs,

14

15 |       v.

16 | COUNTY OF LOS ANGELES,
SHERIFF LEE BACA, INTERIM
17 | SHERIFF JOHN SCOTT, DR.
MARVIN SOUTHARD, DR.
18 | STEPHEN SHEA, DR. PHOUNG
TRUONG, AND DOES 1-10,
19 | INCLUSIVE,

20 |       Defendants.

21

22

23

24

25

Case No. 2:16-cv-06190 RAO
*[Magistrate Judge Rozella A. Oliver, for all proceedings]*

**ORDER UPON STIPULATION
FOR DISMISSAL WITH
PREJUDICE AS TO
ALL CLAIMS OF PLAINTIFFS
MARIA LOBERG AND ERICA
LOBERG, INDIVIDUALLY AND
AS SUCCESSORS IN INTEREST
TO THE ESTATE OF ERIC
LOBERG AGAINST DEFENDANTS
COUNTY OF LOS ANGELES,
SHERIFF LEE BACA, INTERIM
SHERIFF JOHN SCOTT, DR.
MARVIN SOUTHARD, DR.
STEPHEN SHEA, and DR.
PHUONG TRUONG**

**[Stipulation Filed Concurrently
Herewith]**

Complaint filed:  8/17/16

26

27      The Court having considered the Stipulation by the Parties, through their

28 respective counsel of record, orders the following:

1

1

2      IT IS HEREBY ORDERED that defendants COUNTY OF LOS ANGELES,

3  SHERIFF LEE BACA, INTERIM SHERIFF JOHN SCOTT, DR. MARVIN

4  SOUTHARD, DR. STEPHEN SHEA, and DR. PHUONG TRUONG be dismissed,

5  with prejudice.

6      IT IS FURTHER ORDERED, by and between plaintiffs and defendants

7  COUNTY OF LOS ANGELES, SHERIFF LEE BACA, INTERIM SHERIFF

8  JOHN SCOTT, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, and

9  DR. PHUONG TRUONG, that this dismissal with prejudice shall constitute a

10 general release by plaintiffs and these defendants of all claims and a waiver by

11 plaintiffs and these defendants of all costs, court fees, and attorneys' fees arising out

12 of this litigation between these parties herein.

13      **IT IS SO ORDERED.**

14

15 **DATED: November 15, 2017**      _____

16                                  Magistrate Judge Rozella A. Oliver

17

18

19

20

21

22

23

24

25

26

27

28

2

1   Respectfully submitted by:

2   Minas Samuelian, Esq. (State Bar No. 242804)
    **MANNING & KASS**
3   **ELLROD, RAMIREZ, TRESTER LLP**
    801 S. Figueroa St, 15th Floor
4   Los Angeles, California 90017-3012
    Telephone: (213) 624-6900
5   Facsimile: (213) 624-6999
    *mxs@manningllp.com*
6
    Attorneys for Defendants
7   COUNTY OF LOS ANGELES; SHERIFF LEE BACA;
    INTERIM SHERIFF JOHN SCOTT; DR. MARVIN SOUTHARD;
8   DR. STEPHEN SHEA and DR. PHUONG TRUONG
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28